■ MARY KABAT, Appellant, v JACOB KABAT, Respondent. [597 NYS2d 423] —In an action for a divorce and ancillary relief, the plaintiff wife appeals from so much of a judgment of the Supreme Court, Queens County (Durante, J.), entered July 8, 1991, as, after a nonjury trial, limited her award for equitable distribution of marital property to the sum of $113,523, representing 50% of the marital property.

Ordered that the judgment is modified, on the facts and in the exercise of discretion, by increasing the distributive award to the plaintiff to $170,283.75, representing 75% of the marital property; as so modified, the judgment is affirmed insofar as appealed from, without costs or disbursements.

We find no basis to disturb the court's determination valuing the parties' marital property at $227,045. However, in light of the substantial noneconomic contributions made by the plaintiff during the 19-year marriage, we are of the view that she was entitled to a distributive award of 75%, rather than 50%, of that amount. The plaintiff, who was 63 years old at the time of the marriage, cared for the defendant's home, worked as a salesclerk in his store full-time for four years

and, when his health failed, provided round-the-clock nursing services. The record also shows that despite the defendant's very substantial portfolio of securities, none of which was marital property, the parties lived a remarkably frugal lifestyle. In addition to those factors, we have considered the plaintiff's probable future financial circumstances in light of her advanced age and apparent lack of employment opportunities *(see,* Domestic Relations Law § 236 [B] [5] [c], [d] [2], [6], [8], [13]). Miller, J. P., Ritter, Copertino and Pizzuto, JJ., concur.